UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 17-55-HRW

**CHARLENE SUE RAMEY,**                                          **PLAINTIFF,**

## JUDGMENT

**NANCY A. BERRYHILL,**
**ACTING COMMISSIONER OF SOCIAL SECURITY,**        **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
C.     this action is **STRICKEN** from the active docket of the Court.

This 20th day of February, 2018.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge